STEVEN G. ROSALES
ATTORNEY AT LAW:  222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  steven_rohlfing.office@speakeasy.net

Attorney for ANDY D. STOLTZNER

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDY D. STOLTZNER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE <br> Commissioner of Social Security, <br><br> Defendant. | No. 1:09-CV-01621 GSA <br><br> STIPULATION TO DISMISSAL |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

DATED: April 28, 2010        LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ - Steven G. Rosales*

_____
Steven G. Rosales
Attorney for ANDY D. STOLTZNER


DATED: April 28, 2010        BENJAMIN WAGNER
                             United States Attorney



*Jacob M. Mikow

_____
Jacob M. Mikow
Special Assistant United States Attorney
Attorney for Defendant
[*By email authorization]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear his/her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: April 28, 2010

                /s/ Gary S. Austin
THE HONORABLE GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE